```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

**REGINALD GRIGGS**                                                          PLAINTIFF

        v.            Civil No. 13-5159

**BLAKE CHANCELLOR,**
Washington County Public Defender                                        DEFENDANT

### O R D E R

Now on this 3rd day of December 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #7), filed on November 13, 2013, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #7) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, this case is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                  **JIMM LARRY HENDREN**
                                                  **UNITED STATES DISTRICT JUDGE**